CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT
NEW YORK

2022 JUL 13 P 2: 57

RECEIVED

# Matrix

Jacobowitz Newman
Tversky, LLP
(212) 612-1110

2361 Nostrand ave
Brooklyn NY 11210