UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

    268 Eldert NY LLC,

                                          Chapter 7

                                          Case No. 1-22-41673

           Debtor,

-----------------------------------------------------------x

### ORDER GRANTING MOTION FOR AN ORDER PURSUANT TO
### 11 U.S.C. § 362(D) ~~VACATINBG~~ *MODIFYING* THE AUTOMATIC STAY ~~AGAINST URBAN EQUITY PARTNER LLC AND FOR IN REM RELEIF~~

Upon Creditor Urban Equity Partner LLC's ("Urban Equity") Motion for an order ~~(1) pursuant to~~ (i) pursuant to 11 U.S.C. § 362(d) annulling the automatic stay; (ii) for *in* rem relief relating to the property known as 268 Eldert Street, Brooklyn, New York 11207 (Block 3418, Lot 17) ("Property") or (iii) in the alternative to dismiss the case for bad faith filing; (iv) waiver of the stay invoked pursuant to Bankruptcy Rule 4001(a)(3) and (iv) granting Urban Equity such other and further relief as is just and proper, and upon oral arguments had therefor, including at a hearing held on September 1, 2022, the relief request therein, the pleadings filed in the bankruptcy case, and the representations of counsel and evidence presented hereto, it is hereby

**ORDERED** ~~that Urban Equity's Motion is granted as provided herein; and it is further~~

**ORDERED** pursuant to 11 U.S.C. §362(d) the automatic stay is ~~vacated~~ ***modified*** as against Urban Equity to allow Urban Equity or its assignee to ***pursue their*** ~~exercise all~~ rights ~~available to them~~ under the applicable law with respect to the Property; and it is further

**ORDERED** that pursuant to 11 U.S.C. §362(d)(4), if this order is recorded in compliance with applicable State laws governing notices or interest or liens in real property this order shall be

binding in any other case under the Bankruptcy Code purporting to affect the Property filed not later than two (2) years from entry of this order, and it is further;

**ORDERED** that all applicable government agencies ***may*** ~~are hereby directed to~~ accept a certified copy of this order for filing and recordation.



Dated: Brooklyn, New York
September 13, 2022

Elizabeth S. Stong
United States Bankruptcy Judge